

# Fourth Court of Appeals
## San Antonio, Texas

January 17, 2018

No. 04-18-00024-CV

**IN RE** Ernest Phillip **BARRETT**,
Attorney Hugo Xavier de los Santos, and Attorney Henry Ridgway

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

On January 12, 2018, relators filed a petition for writ of mandamus and a motion for emergency stay. The real party in interest filed a response. The motion for emergency stay is DENIED. After considering the petition and response, this court is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on January 17, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CI-32662, styled *MEDFINMANAGER, LLC v. Ernest P. Barrett, et al.,* pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Antonia Arteaga presiding.